IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                ) CR. CASE NO. 2:21-cr-454-ECM
                                  )
XIAOQIN YAN                       )

## VERDICT FORM

1.  As to the charge in Count 1 of the Superseding Indictment, Arson, we, the Jury, find the Defendant Xiaoqin Yan:

                    _____✓_____     Guilty

            or
                    _____     Not Guilty


2.  As to the charge in Count 2 of the Superseding Indictment, Possession of a Firearm by an Illegal Alien, we, the Jury, find the Defendant Xiaoqin Yan:

                    _____✓_____     Guilty

            or
                    _____     Not Guilty


SO SAY WE ALL, this the _7th_ day of June, 2023.

                    _Stephani Sedgwick_
                    Foreperson